UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN SAVANNAH LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ADOBE INC.,<br><br>    Defendant. | Case No. 20-cv-05568-JST<br><br>**AMENDED ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION TO WITHDRAW AS ATTORNEY**<br><br>Re: ECF No. 65 |

The Court has reviewed Magistrate Judge Sallie Kim's report and recommendation, ECF No. 65, to grant RM Warner, PLC's and Kronenberger Rosenfeld, LLP's ("Plaintiff's Counsel") unopposed motion to withdraw as counsel for Plaintiff Green Savannah LLC, ECF No. 57. Plaintiff's Counsel served Plaintiff with the report and recommendation on September 13, 2021. ECF No. 66. The fourteen-day period for objections has elapsed, and no objections have been filed. *See* Fed. R. Civ. P. 72(b)(2). The Court finds Magistrate Judge Kim's report to be correct, well-reasoned, and thorough, and adopts it in full. The motion to withdraw is granted subject to the condition that Plaintiff's Counsel continue to accept service of papers and forward them to Plaintiff until Plaintiff files a substitution of counsel. Because corporations and other artificial entities, such as LLCs, may appear in federal courts only through licensed counsel, Plaintiff has

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

thirty (30) days from the date of this order to obtain new counsel.  If Plaintiff retains new counsel, new counsel shall immediately file a notice of appearance with the Court.[1]

**IT IS SO ORDERED.**

Dated:  November 5, 2021



_____
JON S. TIGAR
United States District Judge

---

[1] This order amends and replaces the Court's prior order of November 3, 2021.  ECF No. 67.  That order mistakenly included language entering judgment and closing the case.  The Clerk shall vacate judgment and reopen the case.