UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREEN SAVANNAH LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>ADOBE INC.,<br><br>        Defendant. | Case No. 20-cv-05568-JST<br><br>**ORDER OF DISMISSAL**<br><br>Re: ECF No. 84 |

On February 22, 2022, the Court dismissed Plaintiff's complaint without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute. ECF No. 80. The Court also struck the complaint and answer from the docket. *Id.* Subsequently, Defendant voluntarily dismissed its counterclaim without prejudice pursuant to Rule 41(c) of the Federal Rules of Civil Procedure. ECF No. 82.

This case is therefore dismissed without prejudice and all future dates are vacated. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: April 6, 2022

JON S. TIGAR
United States District Judge